1  Wallace E. Smith, No. 112091                         **E-FILED 06-09-2010**
   Larry B. Panek, No. 132588
2  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  1676 N. California Blvd, Suite 620
   Walnut Creek, CA  94596-4124
4  Telephone:    925.944.6080
   Facsimile:    925.256.3110
5  Email:        wsmith@cbmlaw.com
                 lpanek@cbmlaw.com
6
   Attorneys for Plaintiff
7  BUTTE STEEL & FABRICATION, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  BUTTE STEEL & FABRICATION,          No. CV10-01340 HRL
    INC., a California corporation,
12                                      **STIPULATED REQUEST FOR ORDER
                Plaintiff,              STAYING ALL PROCEEDINGS PENDING
13                                      ARBITRATION AND**

14       v.                             ~~[PROPOSED]~~ ORDER

15  JACKSON DEAN
    CONSTRUCTION, INC.; FIDELITY        Complaint Filed:  March 15, 2010
16  AND DEPOSIT COMPANY OF
    MARYLAND and DOES 1 through
17  100, inclusive,

18              Defendant.

19

20          Plaintiff Butte Steel & Fabrication, Inc. ("Butte Steel") and defendant Jackson

21  Dean Construction, Inc. ("Jackson Dean") by and through their respective counsel,

22  stipulate and request an order of the Court as follows:

23          1.      The parties stipulate that this dispute is subject to the arbitration

24  provision in the contract documents between the parties.  Butte Steel and Jackson Dean

25  therefore stipulate to a request that this Court stay all proceedings, including motion work,

26  discovery, and deadlines of any type, before, during and until completion of the

27  Arbitration between the parties.

28

CBM-WC\WC073518

STIPULATED REQUEST FOR ORDER STAYING ALL PROCEEDINGS PENDING ARBITRATION

1       2.     The parties agree and stipulate that the requested stay is for the entire

2  action now pending in this Court including, but not limited to, all discovery proceedings

3  and other related deadlines between the parties.

4       3.     The parties agree and stipulate that the Arbitration will be commenced in

5  Seattle, Washington with a Seattle based arbitrator(s).

6       4.     The parties agree and stipulate that nothing in this Stipulation shall affect

7  the powers of the appointed arbitrator to make any decisions or rulings regarding

8  procedures to be used in this case.  All of the parties' rights are, unless specifically

9  addressed in this Stipulation, or in the order of the Court following the Stipulation, fully

10  reserved.

11       Dated:  June _8_, 2010

12                     CARROLL, BURDICK & McDONOUGH LLP

13

14                     By _____

15                            Wallace E. Smith
                        Attorneys for Plaintiff

16                     BUTTE STEEL & FABRICATION, INC.

17       Dated:  June _8_, 2010

18

19                     LANE POWELL

20                     By _____

21                            Andrew J. Gabel
                        Attorneys for Defendant JACKSON DEAN

22                     CONSTRUCTION, INC.

23

24                    ~~[PROPOSED]~~ ORDER

25       Based upon this Stipulation and stipulated request of the parties as set forth

26  above, the Court hereby orders that all proceedings in this matter are stayed until further

27  notice or order of this Court.

28

CBM-WC\WC073518                     -2-

STIPULATED REQUEST FOR ORDER STAYING ALL PROCEEDINGS PENDING ARBITRATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SO ORDERED.

Dated:  June _9_, 2010

_____

Magistrate Judge of the U.S. District Court

Howard R. Lloyd