**\*E-FILED 12-06-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BUTTE STEEL & FABRICATION, INC., | No. C10-01340 HRL |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE THE FILE** |
| v. | |
| JACKSON DEAN CONSTRUCTION, INC.; FIDELITY AND DEPOSIT COMPANY OF MARYLAND and DOES 1 through 100, inclusive, | |
| Defendants. | |

In response to the court's November 21, 2011 order for a status report, the parties advise that this matter has been fully resolved; and, they stipulate to the dismissal of this action with each side to bear its own fees and costs. Accordingly, the Clerk of the Court is directed to close this file.

SO ORDERED.

Dated: December 6, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-01340-HRL Notice has been electronically mailed to:

Andrew J Gabel     gabela@lanepowell.com, vanburenh@lanepowell.com

John Ryan Heisse , II     HeisseJ@howrey.com

Larry Brad Panek     lpanek@cbmlaw.com, tingroff@cbmlaw.com

Wallace Eric Smith     wsmith@cbmlaw.com, jcortez@cbmlaw.com

William Samuel Niece     sniece@rallsniece.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.